HERRMANN & GRACE, Plaintiffs, *v.* THE CITY OF NEW YORK et al., Defendants; HEINE SAFETY BOILER COMPANY et al., Appellants, and AMERICAN RADIATOR COMPANY et al., Respondents.

*Herrmann & Grace* v. *City of New York*, 130 App. Div. 531, affirmed. (Argued October 26, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1909, modifying and affirming as modified a judgment of Special Term in an action to determine the priority of certain mechanic's liens.

*George W. Wingate* for Heine Safety Boiler Company, appellant.

*J. Power Donellan* for Johnson Service Company, appellant.

*John P. Duff* for American Radiator Company, respondent.

*Oliver C. Semple* for receiver of Williams & Gerstle, respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT and COLLIN, JJ.    Not voting: HISCOCK, J.